# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) Case No. 1:21MJ4226-JDG | |
| ) | |
| ) | |
| Tyren L. Cervenak ) | |
| ) | |
| *Defendant(s)* | |

**FILED**
1:45 pm Sep 20 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 17, 2021  in the county of  Lorain  in the Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g) | Possession of a firearm and ammunition by a prohibited person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Casey T. Carty, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  09-20-2021

*Judge's signature*

City and state:  Cleveland, Ohio    Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*